ANDREW W. OLSSON, State Bar No. 51278
awo@robinsonwood.com
ROBINSON & WOOD, INC.
227 North First Street
San Jose, CA 95113
Tel: (408) 298-7120
Fax: (408) 298-0477

Attorneys for Plaintiff
SREY HUIRAS

DAVID R. ONGARO, State Bar No. 154698
dongaro@perkinscoie.com
DAVID R. BURTT, State Bar No. 201220
dburtt@perkinscoie.com
PERKINS COIE LLP
180 Townsend Street, 3rd Floor
San Francisco, CA 94107-1909
Tel: (415) 344-7000
Fax: (415) 344-7050

Attorneys for Defendant
QWEST COMMUNICATIONS

E-filing
12-13-05

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SREY HUIRAS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>QWEST COMMUNICATIONS and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. CV-05-03438-JF<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

1         Pursuant to Civil L.R. 16-8 and ADR L.R. 3-5, Plaintiff Srey Huiras and defendant

2    Qwest Communications jointly stipulate to participate in private mediation.

3

4    DATED:  December 6, 2005          **ROBINSON & WOOD, INC.**

5                                     By: _____/s/_____

6                                            Andrew W. Olsson

7                                     Attorneys for Plaintiff
                                      SREY HUIRAS
8

9    DATED:  December 6, 2005          **PERKINS COIE LLP**

10                                     By: _____/s/_____

11                                            David R. Burtt

12                                     Attorneys for Defendant
                                      QWEST COMMUNICATIONS
13

14   PURSUANT TO STIPULATION, IT IS SO ORDERED

15   DATED: ___12-13-05___

16                                     UNITED STATES DISTRICT JUDGE
                                       The Honorable Jeremy Fogel
17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS   [13141-2051-000000/HYB53370.009.DOC]
Case No. CV-05-03438-JF